THIRD NATIONAL BANK OF PHILADELPHIA, Appellant, *v.* THE R. G. CHASE COMPANY, Respondent.

*Third Nat. Bank of Philadelphia* v. *Chase Company,* 140 App. Div. 881, affirmed.

(Argued October 31, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered July 15, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover upon a promissory note.

*George L. Bachman* and *W. S. Bachman* for appellant.

*Charles A. Hawley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.